UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
ICEM S.P.A.,                                  :
AURORA ASSICURAZIONI S.P.A,                   :
                                              :
          Plaintiffs,                         :   Civil Action No. 07-cv-10819-RCL
                                              :
    v.                                        :
                                              :
HARVEY INDUSTRIES, INC.,                      :
RACHEL CASTRICONE,                            :
TRACEY BOULDOUKIAN                            :
                                              :
          Defendants.                         :
---------------------------------------------------------------- x

**AFFIDAVIT OF ALEXANDER D. PENCU, ESQ. IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR
EXTENSION OF THE SCHEDULING ORDER DEADLINES**

STATE OF CONNECTICUT    )
                        : ss.:  Boston
COUNTY OF FAIRFIELD     )

Alexander D. Pencu, Esq., being duly sworn, deposes and says:

1. I am currently an Attorney at the Law Firm of Robinson & Cole LLP. I make this affidavit on the basis of my personal knowledge and in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Extend the Scheduling Order Deadlines.

2. I am over the age of eighteen (18) and understand the nature and obligations of an oath.

3. I have represented Plaintiffs since the inception of the litigation of the above-captioned case.

4. Discovery is well-underway in this case.

5. Exhibit 1 contains copies of the correspondence sent from Plaintiffs to Defendants repeatedly requesting deposition dates for Plaintiffs' witnesses.

6. Exhibit 2 contains the deposition notices first served on Plaintiffs by Defendant Harvey Industries.

7. Exhibit 3 is a document memorializing the conference call between the parties after Defendant Harvey Industries canceled the January depositions. The depositions were canceled as a result of a personal emergency with Defendant Harvey Industries' lead counsel. However, the Plaintiffs had made their witnesses available on the dates requested by Defendant Harvey Industries.

8. Exhibit 4 is a letter received by the Plaintiffs from Defendant Harvey Industries on December 19, 2007 addressing Plaintiffs' requests that the parties cooperate and coordinate translation efforts of the Italian documents.

9. Exhibit 5 is a letter received by the Plaintiffs from Defendant Harvey Industries on January 28, 2009. The enclosed deposition notices have been omitted because they were voluminous. They can be produced to the Court at its request.

10. Exhibit 6 is an email received by all parties on January 29, 2009 from Defendant Harvey Industries' lead counsel indicating his unavailability for a portion of the depositions that all the parties had previously agreed-upon on a conference call earlier that day.

10. Exhibit 7 is an email sent by me to all parties indicating that Plaintiffs were able to schedule the depositions of eight witnesses in February of 2009.

11. Exhibit 8 is a letter sent by my Partner, John Tener responding to Defendant Harvey Industries' correspondence of January 28, 2009. The enclosed deposition notices have been omitted because they were voluminous. They can be produced to the Court at its request.

12. Exhibit 9 is an email, dated February 4, 2009 sent by my Partner, John Tener attempting to accommodate the schedule of Defendant Harvey Industries' attorneys with respect to the Plaintiffs' Rule 30(b)(6) depositions.

13. Exhibit 10 is a letter sent by Defendant Harvey Industries to Plaintiffs on February 5, 2009.

14. Exhibit 11 is an email from Plaintiffs, dated February 5, 2009 responding to Defendant Harvey Industries' earlier letter (Exhibit 10) regarding the location of the Plaintiffs' Rule 30(b)(6) depositions.

Alexander D. Pencu

SWORN TO before me
this 30th day of March, 2009

Rebecca Hughes
Notary Public

REBECCA BORIN HUGHES
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 10, 2015

My Commission Expires: 9/10/2015