# EXHIBIT 31

# Studio Cincotti

INSURANCE CLAIM EVALUATION AND TECHNICAL CONSULTING
Via Correggio, 11 - 20149 Milano - Tel. +39 02 4814992 - Fax +39 02 48193236 - studio.cincotti@cincotti.com -
Studio Cincotti Srl - taxpayers' code/VAT No. 05066910158 - Milan Register of Companies

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 - Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI - Rome*

## INDEX OF ANNEXES

|  | Page No. |
|---|---|
| Amicable settlement of losses | 1 |
| Summary of evaluations | 2 |
| Claim evaluation report | 3 |
| Lot No. 1 - Building: Detailed estimation of losses | 12 |
| Lot No. 2 - Equipment, Furnishings, Machinery and Goods: Detailed estimation of losses | 23 |
| Lot No. 4 - Demolition and clearance costs Detailed estimation of losses | 33 |
| Loss containment costs: Detailed estimation of losses | 35 |
| Letter to the insurance company requesting an advance payment of the compensation award | 38 |
| Phonogram of the "Salario-Parioli" Police Station of the Rome Police Headquarters concerning the inspection conducted in May 2004 | 39 |
| Rome Police Headquarters communication of notification of crime | 42 |
| Report on the seizure of the building | 46 |
| Confiscation report referring to the hotel's CCTV systems | 47 |
| Report on the intervention of the Provincial Division of the Rome Fire Brigade | 51 |
| Order of release of seized property, dated 27th May 2004, limited to the 4th, 5th and 7th floors | 54 |
| Authorization to remove waste material from the third floor, issued on 2nd July 2004 | 57 |
| Order of release of seized property, dated 21st July 2004, relating to the third floor | 58 |

*[on company headed paper]*

Studio Cincotti

| | |
|---|---|
| Floor plan of standard floor | 61 |
| Floor plans, tables and profiles current status | 62 |
| Brochure | 65 |
| Newspaper excerpts | 66 |
| Photographic evidence | 73 |

THE ADJUSTER OF THE INSURANCE COMPANY

(Mr. Marco Cincotti)

*[Illegible signature]*

PL002943

[ON COMPANY HEADED PAPER OF THE MEIE ASSICURAZIONI GROUP]

| ☐ meie assicuratrice (insurer) risks) | ☐ meie vita (life) | X meie rischi diversi (miscellaneous |
|---|---|---|

### AMICABLE SETTLEMENT OF LOSSES

Whereas   ~~meie assicuratrice~~ / meie rischi diversi

through    Policy    No.    <u>N5850004106</u>,    in    co-insurance    with

_____ has insured the company I.C.E.M. SpA – HOTEL PARCO DEI PRINCIPI in Rome_____

for the overall sum of € 64,682,429.37 in respect of the insured parties described in said Policy.

On 1st <u>May 2004</u> the insured parties described under sections No. <u>1-2-4</u> suffered losses resulting from a <u>fire</u>, as per the summary claim filed on

In the interest of the Company insured and on account of the Insurance Company, the undersigned have reached and fully agreed an amicable settlement of the losses for an overall amount of <u>€ 2,500,000.00 (two million five hundred thousand Euro), gross of the compensation award advance payment.</u>

The above without prejudice to the Insured Party's obligation to submit the Decree of Dismissal of the Public Prosecutor File.

Printed in two original copies, for all purposes, in <u>Milan</u> on <u>30th December 2004</u>.

SIGNATURE OF THE PERSON

ACTING ON BEHALF OF THE INSURER

Mr. Marco Cincotti

Studio Cincotti Srl

SIGNATURE OF THE INSURED PARTY

I.C.E.M. S.P.A.

Hotel Parco dei Principi

Rome

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 – Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI – Rome*


## SUMMARY OF EVALUATIONS

| | Losses based on repair/replacement costs | Actual losses ascertained | Losses under the terms of the Policy |
|---|---|---|---|
| | € | € | € |
| Lot No. 1 - Building | 1,502,276.75 | 1,352,000.00 | 1,352,000.00 |
| Lot No. 2 - Equipment, Furnishings, Machinery and Goods | 729,422.80 | 583,500.00 | 583,500.00 |
| Lot No. 4 - Demolition and clearance costs | 151,000.00 | 151,000.00 | 151,000.00 |
| Loss containment costs | 415,000.00 | 415,000.00 | 415,000.00 |
| TOTAL | 2,797,699.55 | 2,501,500.00 | 2,501,500.00 |
| rounded off to | | | 2,500,000.00 |
| LOSSES UNDER THE TERMS OF THE POLICY | | | 2,500,000.00 |

The above amount is to be intended gross of the compensation award advance payment already settled.

THE   ADJUSTER   OF   THE   INSURANCE   COMPANY

(Engineer Marco Cincotti)

[*illegible signature*]

PL002945

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 - Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI - Rome*

## CLAIM EVALUATION REPORT

1. *ORIGIN, EXTENT AND CAUSE OF THE LOSSES*

2. *DETAILS OF THE INSURED RISK*

3. *CHRONOLOGY OF EVENTS*

4. *EVALUATION PREPARATION AND PERFORMANCE*

5. *DAMAGES EVALUATION CRITERIA*

6. *COMMENTS AND CONCLUSIONS*

PL002946

Studio Cincotti

## 1. ORIGIN, EXTENT AND CAUSE OF THE LOSSES

The statements gathered reveal that the event occurred around 5.30hrs on 1st May 2004.

The flames originated from the third floor and more specifically from room 305, which was occupied by two American tourists.

The flames spread rapidly to other nearby rooms and the smoke, produced from the combustion of the furnishings and content of the room, then filled the entire third floor.

The first alarm was given by the smoke detector system, which had worked efficiently.

The Fire Brigade was immediately called to the site of the event and they arrived promptly to organize the emergency rescue services, evacuating people who had ascended to the hotel's roof terrace to escape the fire, and to commence fire fighting operations and extinguish the fire.

Despite the speediness of the alarm and the intervention of the emergency services, three foreign tourists unfortunately lost their lives.

Approximately 200m² of a total of 1200m² of the 3rd floor was directly affected by the flames and/or the heat.

The remaining portion of the third floor, although not directly affected by the fire, suffered very serious and irreversible smoke damage.

The water employed by the Fire Brigade during the fire fighting operations caused serious wet damage to No. 6 rooms of the 2nd floor and, to a minor extent, to some 1st floor rooms.

The hotel lobby at ground floor level, the small restaurant/bar and the three basement levels were only slightly affected.

The Judicial Authority's investigations are, at least for the moment, covered by the most impenetrable secrecy.

A criminal investigation has been opened to establish the cause of the event and the underlying responsibilities.

The Public Prosecutor Giuseppe Andruzzi has questioned the two American girls who occupied room No. 305 where the fire started. At present, the girls have the status of investigated parties in the current criminal proceeding with respect to the following charges:

a)   Offence as per art. 589 - manslaughter
b)   Offence as per art. 423 - intentional fire

The officers of the "Salario-Parioli" Police Station in Rome intervened at the site and seized the entire building under Order No. 20263/04B dated 03/05/2004.

Confirmation of the fact that the fire actually started in room No. 305 has also been provided by the closed-circuit cameras located along the hotel's corridors.

A judicial inquiry has been opened to assess the event and is still ongoing.

The insured party has undertaken to submit, as soon as possible, the Decree of Dismissal of the Public Prosecutor file.

Studio Cincotti

## 2. DETAILS OF THE INSURED RISK

The hotel in issue -  Grand Hotel Parco dei Principi in Rome -  was designed by the architect Gio Ponti and inaugurated on 20th July 1964.

The building, which has a traditional load-bearing reinforced concrete structure, has the following characteristics:

- No. 8 above-ground levels and No. 3 basement levels
- typical surface area of each level: approx. 1200m²

The hotel's facilities are located as follows:

| | |
|---|---|
| *Ground floor* | Lobby – Small restaurant – Bar |
| | Garden: Pool – Bar – Restaurant |
| *1ˢᵗ level basement* | Conference Hall – Restaurant area with kitchen and storeroom |
| *2ⁿᵈ level basement* | Bar – Conferences |
| *3ʳᵈ level basement* | Conference Centre |
| | New garage with 200 car spaces, built in 2002 and 2004 |

The hotel was fully renovated during the period 1992/1998 and the Conference Centre was completely refurbished in 2002/2003.

In normal conditions, the hotel employs around 130 staff members.

The 2003 turnover was around 12 million Euro.


## 3. CHRONOLOGY OF EVENTS

Subsequent to our technical report dated 5ᵗʰ May 2004, which was forwarded to the Legal Firm of Attorney Chiusano and highlighted the various problems linked to the inevitable deterioration of the losses due to the continuation of the seizure order on the entire building, only on 21ˢᵗ May 2004 did the Judicial Authority release the ground floor and the 1ˢᵗ and 2ⁿᵈ floors, thus allowing the Insured party to immediately start emergency intervention and loss containment operations.

At a later date, on 27ᵗʰ May 2004, again after being prompted by the Insured Party's attorneys, the Judicial Authority also released the 4ᵗʰ, 5ᵗʰ, 6ᵗʰ and 7ᵗʰ floors, which had been seriously damaged by smoke produced by the fire.

Still under seizure was the entire 3ʳᵈ floor and some 4ᵗʰ floor rooms that had been declared unfit for use owing to direct fire damage to the intrados of the concrete and brick floor between the 3ʳᵈ and 4ᵗʰ levels.

Following the progressive, partial release of the building by the Judicial Authority, emergency interventions  and first loss containment operations were conducted by Munters Srl, a firm specialized in the field of reclamation, decontamination, rehabilitation and recovery.

Munters had been pre-alerted the day after the event and was therefore ready to start work immediately.

The first operation conducted was drying out the basement levels, the ground floor and the 1ˢᵗ and 2ⁿᵈ floors, which were wet; industrial air dehumidifiers were used in order to reduce the level of humidity,  which was found at 90 + 100% to the maximum of 40%, and therefore block the deterioration process and dry out all damaged areas.

PL002948

Studio Cincotti

Awaiting the release of the 4th, 5th, 6th and 7th floors, we did however manage to conduct a "blitz" and take a few samples that were significant in terms of identifying the types of smoke produced by the fire, classifying substances that for various reasons could be deemed polluting, corrosive and/or hazardous and planning the technical operations that needed to be conducted, as soon as possible, taking into account also the prompt analysis of the economic advantageousness of the same.

Concomitantly, the Insured Party tried to contact, in vain, its regular suppliers to examine the possibility of organizing cleaning, recovery and washing services for the carpets and upholstery in the rooms of the floors damaged by the smoke.

On 28th May 04, therefore immediately following the release, Munters conducted preliminary tests on a few sample items to verify whether the damaged property could be repaired and recovered or whether these needed to be replaced, as the only possible alternative.

As agreed, final tests were conducted the day after and gave a "positive outcome" and the operational phase of the activities, already successfully tested, was then launched.

All recovery, rehabilitation and repair operations contemplated in the works schedule defined with Munters were conducted and completed on 18th June 2004; the comparison between the total amount spent and the value of the damaged property confirms the economical advantageousness of the operation.

We had proposed Munters' intervention with respect to this claim with a view to protecting both the common interests of the Insurance Company and the Insured/Damaged Party and therefore to avoid the deterioration of the damage and limit the extent of the direct material losses.

In the case in issue, total recovery costs were equivalent to 25% of the value of the damaged assets.

In particular, as a result of the diverse operations conducted within the building, although limited to the first two floors, the Insured Party was able to re-open the hotel to the public on 1st June 2004.

At a later date, again prompted by the Attorneys of the Insured Party, on 2nd July 2004 the Judicial Authority authorized the clearance of waste material and/or rubble still present on the 3rd floor level where the fire had started, but this operation was limited solely to brickwork structures that had been destroyed by the fire and that were not required for further technical tests in connection with the investigations in course.

Based on the tests conducted and the related reports, the damages on the 3rd floor, consisting of No. 33 apartments, were as follows:

= No. 5 rooms totally destroyed by the fire
= No. 7 rooms seriously damaged by flames and/or heat
= No. 21 rooms significantly damaged by smoke
= corridor destroyed by the fire

Subsequent to the public prosecutor's authorization to conduct partial reclamation works on the 3rd floor, the following works schedule was agreed:

*First Phase: Clearance of rubble*

The operations were limited to the removal and clearance of brickwork structures and systems that had been destroyed and damaged by the flames.

As ordered by the prosecutor, furnishings and furniture were not removed but only covered with plastic sheets to protect these, as far as possible, from soot still present in the rooms.

*Second Phase: Final clearance, recovery and rehabilitation*
Based on the report dated 20th July 2004 submitted by the Expert Witnesses of the Public Prosecutor Mr. Giuseppe Andruzzi, on the 22nd July the Judicial Authority ordered the release of the 3rd floor also, thus authorizing  the clearance of destroyed and/or damaged furniture, furnishings and general content.

On completion of said operations, the smoke-blackened walls and ceilings were pressure washed and smoke sealing paint was applied inside the service ducts and cavity walls.

Following this, several different firms began to work on the walls, the electrical and plumbing systems, the carpentry structures and upholstery and carpets.

On the other hand, the rooms located farthest away from where the fire started, which had only been affected by the smoke, were rehabilitated.

This last phase of operations, made possible by the release ordered by the Judicial Authority, began on 23rd July 2004 and was completed on 24th August 2004.

At the beginning of September, the Insured Party called several firms to start work on the reconstruction  of walls and on the electrical/plumbing systems, carpentry structures and upholstery and carpets.

The reconstruction of walls and finishes on the 3rd floor were completed at the end of the first week in November.

Several finishing works were performed to complete the building renovation and were completed, as planned, in the month of December 2004.

PL002950

Studio Cincotti

### 4. *EVALUATION PREPARATION AND PERFORMANCE*

On 7th May 2004, we faxed you a copy of the brief in which we had tackled and analyzed all problems linked to the checks conducted during the initial inspection on 4th May 2004.

In our first informational report dated 3rd June 2004 we informed you of the circumstances underlying the event, the different lots affected and the presumed extent of the losses.

Despite the scale of event, the Contracting Party/Insured Party decided not to appoint its own adjuster. The evaluations were therefore conducted in joint consultation with the Insured Party's Technical and Administrative Heads, who were very well assisted by your agent Mr. Fordellone, for matters coming under his remit.

With a view to satisfying the Insured Party's application for an advance payment, as contemplated under the policy terms, on 26th July 2004 we informed you of the minimum amount payable based on the results of the evaluations in our possession at that time.

Only later did we receive the detailed documentation indicating the amounts spent with respect to buildings, systems, content and demolition/clearance works, which totaled € 3,750,000.00.

During subsequent meetings and inspections, all problems linked to the evaluation of damage to the building, systems and content were examined and discussed and checks were planned as they became necessary.

Through our ensuing update note dated 15th November 2004, we provided you with up-to-date information on the progress of the evaluation operations.

The damages relating to diverse lots affected were determined without particular difficulty, thanks also to Mr. Fordellone's cooperation during the evaluation inspections.

In particular, during the last meeting with Mr. Fordellone at our offices on 29th November 2004, we examined the loss evaluation criteria that had been set in the policy and conclusions were drawn with respect to the quantification of losses and the adjustment of the claim under the terms of the policy.

On 30th December 2004 we were finally able to undersign the amicable settlement agreement for an amount of € 2,500,000.00, gross of the compensation award advance payment already settled.

PL002951

Studio Cincotti

## 5. *LOSS EVALUATION CRITERIA*

- The building

As soon as it became compatible with the seizure ordered by the Judicial Authority a significant quantity of photographic evidence was collected at the site of the event to establish the status of the fire damage  inside the building at the beginning of the evaluation operations.  At the same time, the usual direct checks, analysis and tests were performed and in particular the structural construction and size characteristics of the insured building were verified.

The cost of rebuilding the destroyed parts and repairing parts only damaged was determined by means of analytical criteria, adopting for each unit of measure of said works a price that was taken from price lists and/or from cost analyses referring to single works.

The actual loss was determined taking into account depreciation deriving from age, state of repair and maintenance and all other circumstances contemplated in the C.G.A.s (general condition of insurance).

Given that "sufficiency of the insured sum" emerged, the loss was determined under the terms of the policy.

- Machinery/Equipment/Furniture/Systems

Detailed technical checks and tests, supplemented by the analysis of documents supplied by the Insured Party, were conducted to determine the quality, the quantity and the existence of components forming part of damaged and/or only partially damaged machinery, equipment and furniture.

To determine the cost of replacing the insured items of this lot with new, we examined purchase documents and quotes for similar items and conducted market research activities.

The actual loss was determined taking into account depreciation deriving from age, state of repair and maintenance and all other circumstances contemplated in the C.G.A.s (general condition of insurance).

As "sufficiency of the insured sum" emerged, the loss was determined under the terms of the policy.

- Demolition and clearance costs

The cost of demolition and the clearance waste material resulting from the event was determined on a time basis, adopting for each damaged structure a price based on price lists and/or cost analyses.

As the actual loss ascertained was lower than the sum insured,  the value of the loss relating to "demolition and clearance costs" was determined in compliance with the terms of the policy.

PL002952

Studio Cincotti

6. _COMMENTS AND CONCLUSIONS_

With the above, we think we have provided an overall, although brief, picture of the difficulties faced and the problems that arose with respect to this claim.

As can be deduced from our estimations and the enclosed photographic evidence, the fire caused serious damages to the building and its content.

Based on experience acquired we can therefore affirm that the following circumstances had an impact on the extent of the losses:

- The spreading of flames throughout the 3rd floor where the fire started was caused by the many convection currents generated by air flows created by the open doors to the rooms and the windows along the service corridors and by the stairwells, the goods lifts and the elevators, the first of which in fact caused a real "chimney effect" and the second a "pump effect".

- Combustion-generated smoke penetrated into double ceiling, cavity walls and cable ducts and above all into heating/air conditioning ducts from where it spread practically to all the upper floors through inlet/outlet air systems.

- The considerable quantity of water used during the fire fighting operations caused serious wet damage on all lower floors of the hotel.

With the above, we think we have provided an overall, although brief, picture of the difficulties faced and the problems that arose with respect to this claim.

In any case, we are convinced that we have constantly and tenaciously made every effort to safeguard your interests.

THE ADJUSTER OF THE INSURANCE COMPANY

(Engineer Mario Cincotti)

[_Illegible signature_]

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 – Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI - Rome*

- *Lot No. 1 – Building – Insured with coverage € 54,250,000.00 (20% repeal)*

PL002954

Studio Cincotti

DETAILED ESTIMATION OF Damage

| *Initial decoration and various repair works* | | |
|---|---|---|
| 1st and 2nd floor: painting of walls and ceilings<br>3rd floor: plasterboard wall<br>4th floor: painting of rooms (No. 28), corridor ceiling (85 sqm) with replacement of smooth fiber panels, office ceiling in fiber with painting<br>5th floor: painting of rooms (No. 33), corridor ceiling (85 sqm ) with replacement of smooth fiber panels, office ceiling in fiber with painting, dismantling and remounting of plasterboard (80 sqm )<br>6th floor: painting of double rooms (No. 13), corridor (60 sqm ) with replacement of panels, office ceiling in fiber with painting, gold leaf sky ceiling painting and retouches in apartment No. 618<br>7th floor: painting of ceilings and retouches on walls of suite apartments (No. 3), painting of corridor and office ceiling<br>Corridor 1-s: painting of ceiling (90sqm )<br>Main stairs: paint retouches<br>Hole Bar: painting of ceiling, replacement of leather panels and sponge painting<br>External façade: (3.000 sqm )<br>Total | € | 56,225.00 |
| *Complete decoration of 3rd floor corridor* | | |
| Decoration of walls, sponge painting above wood paneling (196 sqm ), wood paneling (126 sqm ) and gypsum moldings on the 3rd floor<br>Total | € | 15,000.00 |
| *Via Raimondi façade* | | |
| Cleaning and painting of walls, ceilings and cornices on the swimming pool elevation of the building, including the rental of electric scales mounted from top to bottom and labor<br>Total | € | 16,000.00 |
| *Work in 3rd and 4th floor rooms* | | |
| Paint work, double ceilings, plasterboard walls in rooms, sound proof walls, removal and refitting of mineral wool in | | |

| | | |
|---|---|---|
| walls, cleaning of old wall paper, sanding and painting of ceilings, plastering work in corridor<br><br>Painting of ceilings in rooms (No. 6)<br>Total | € | 16,500.00 |
| *Recovery of façade* | | |
| Labor paid on a time basis to power wash facades (210 hours), supply and performance of plastering work (270 hours) and power washing of travertine marble (80 hours)<br>Total | € | 14,560.00 |
| Rental of power washers (21 days), of hydro-sandblasters (5 days) and machinery return trip transportation (1 day)<br>Total | € | 1,130.00 |
| Supply of material: bags of fine sand for the hydro-sandblaster (No. 40), 30kg barrels of acid (No. 12), bags of fine plaster for sandblasters (No. 140), bags of rough plaster for hydro-sandblasters (No. 45)<br>Total | € | 4,143.30 |
| Rental of 50 meters of aerial platforms (10 days) and No. 2 – 32 meter aerial platforms (14 days)<br>Total | € | 19,000.00 |
| Reconstruction of roof space in the bath anteroom and partition walls in perforated bricks (s- 8cm) laid with mortar (No. 33 rooms of the 3rd floor)<br><br>labor (1,584 hours)<br>Total | € | 39,774.00 |
| material<br>Total | € | 2,805.00 |
| Reconstruction of reinforced concrete and brick floors in certain fire-destroyed rooms (rooms No. 305, 306 and 332)<br>m²      92      x      €/sqm 66.00 | € | 6,072.00 |
| *Wall coverings, carpets* | | |
| Carpet supply and laying on underlay, including preparation of subfloor and brass thresholds<br><br>- room type A – No. 12<br>- room type B – No. 6<br>- room type c – No. 9<br>- suite – No. 2 | €<br>€<br>€<br>€ | 49,176.00<br>25,320.00<br>33,183.00<br>21,388.00 |
| Wall coverings with fabric laid over liner, including finishes | | |

| | | |
|---|---|---:|
| - room type A – No. 12 | € | 79,620.00 |
| - room type B – No. 6 | € | 43,544.00 |
| - room type c – No. 9 | € | 55,449.00 |
| - suite – No. 2 | € | 32,784.00 |
| | | |
| Laying of wall covering, including lining and cord finish | | |
| | | |
| - 3rd floor corridor – 254m² | € | 12,984.00 |
| - 4th floor corridor – 254m² | € | 12,984.00 |
| - 5th floor corridor  254m² | € | 12,984.00 |
| - 6th floor corridor – 148m² | € | 8,924.00 |
| - 7th floor corridor – 212m² | € | 9,564.00 |
| Laying of carpet, including preparation of subfloors and brass thresholds – 3rd floor corridor - 200m² | € | 24,125.00 |
| Supply and laying of carpet runner type Abetone Jacquard with border, underlay, removal of existing carpet, including accessories (stairwell) - lump sum basis | € | 13,110.00 |
| Fitting of wall covering, including lining in several water and smoke-damaged room entrances | | |
| | | |
| - 1st and 2nd floors damaged by water - 108m² | € | 4,520.00 |
| - 4th floor rooms damaged by smoke (rooms 403 + 408) - 276m² | € | 19,950.00 |
| Re-upholstering of armchairs in the Lobby, including Moskova fabric h 140cm and padding<br>Total | € | 4,480.00 |
| Re-fitting of lightweight curtains, fabric curtains, side drops and pelmets in 1st and 2nd floor rooms<br>Total | € | 4,300.00 |
| Supply and laying of carpet in 4th floor rooms and suites | | |
| - room type B – No. 6 | € | 25,320.00 |
| - room type C – No. 9 | € | 33,183.00 |
| Supply and fitting of lightweight curtains, light-blocking lined curtains, side drops, pelmets, unlined bed covers with profiling on flat area, bed with pleated corners | | |
| | | |
| - room type B – No. 6 | € | 28,540.00 |
| - room type C – No. 9 | € | 33,183.00 |
| | | |
| *Elevator button panel* | | |
| | | |
| Supply of artistic three-step brass plates with arrow and alarm buttons, three-step plate size 210x400 with two ascent and descent arrow buttons, alarm button, Grand Hotel Parco dei Principi logo incision | | |

| | | |
|---|---|---|
| Total | € | 3,969.63 |
| Technical assistance, management of works and testing of damaged electric systems<br>Total | € | 13,057.62 |
| *3rd floor façade, windows and external components* | | |
| Supply and assembly of insulated aluminum windows with enlarged profiles, bicolor - white inside, bronze outside, fitted with original standard accessories, dutral seals, inclusive of insulated glass panels 5+5/9/5+5 with plastic inner section 1.52<br>Windows to be fitted to jambs with bronze color press-bent sheet aluminum<br>Sealing of glass panels and windows with neutral silicone.<br>- double sliding windows – No. 21<br>- double openable windows – No. 1<br>- single openable windows with fixed frame lower panel - No. 4<br>- single openable windows – No. 2<br>- double openable windows with fixed frame lower panel - No. 1<br>- single openable door – No. 1<br>- double openable door – No. 1<br>- glass in rooms 5+5/9/5+5 with plastic inner section 1.52 - 160 sqm<br>- sheet metal to cover jambs - 285 meters<br>- labor<br>Total | € | 109,330.00 |
| Supply and assembly of aluminum railings and partitions, made with extruded profiles with rounded finish, iron reinforcement and electric welded steel frames for added strength in corners. Insertion of grey 5+5 ground, glazed-edge glass with bronze plastic, treated to create a reflection effect on the external section<br>- railings composed of fixed, rounded aluminum tubular structure, diameter 30mm for flat lateral mounting 40x10 fixed to wall by means of self-threading bars, base anchorage joints made by the same system and with polyurethane foam – No. 10<br>- grounded, glazed edge, gresy 5+5 glass panels with bronze plastic - 64sqm<br>- partitions made as per balcony partition railings – No. 9<br>- labor<br>Total | € | 63,048.00 |
| *Automatic emergency exit doors, corridor side* | | |
| Supply and installation of automated systems for No. 6 | | |

| | | |
|---|---|---|
| double doors model GEZE TSA 150, inclusive of supply of No. 12 aerial door closers model GEZE TSA 150, complete with arm closers EV1 and 10 meters of electricity cable in external type raceway inherent the system<br>Total | € | 12,300.00 |
| | | |
| *3rd floor anti-fire door* | | |
| | | |
| Supply of REI 60 double fire door consisting of door in hollow cored galvanized sheet steel, high density angular frame, total thickness 60mm, angular frame in galvanized sheet steel profile inclusive of clamps, assembly joints, lock with cylindrical hole, twist type panic exit bar, porthole type window 300x400mm with REI 60 glass<br>Total | € | 1,100.00 |
| | | |
| *Plumbing system* | | |
| | | |
| Galvanized steel pipes inclusive of couplings, special components and galvanized straps and hangers<br>Kg          1,100  x       €/kg          5.80 | € | 6,380.00 |
| | | |
| Pipe insulation with 46/90 compliant elastomeric sheath<br>sqm          99       x       €/ sqm          24.00 | € | 2,376.00 |
| | | |
| Bronze globe stop valve<br>Total | € | 1,220.00 |
| | | |
| UNI 45 boxes<br>No.          3       x       €/each          220.00 | € | 660.00 |
| | | |
| *Primary air system and air extraction from rooms* | | |
| | | |
| Rectangular pipes in galvanized sheet steel, inclusive of clamps<br>- air inlet<br>Kg          520       x       €/kg          4.80 | € | 2,496.00 |
| | | |
| - air outlet (pre-arrangement only)<br>Kg          400       x       €/kg          4.80 | € | 1,920.00 |
| | | |
| Flexible pvc air ducts with pre-stressed steel spiral inclusive of Ø100 inlet/outlet damper<br>m          120       x       €/m          14.00 | € | 1,680.00 |
| | | |
| Pipe insulation with fiberglass felt on kraft and aluminum wired paper, sealed with aluminum adhesive tape<br>m²          74       x       €/ sqm          22.00 | € | 1,628.00 |
| | | |
| Fan convector and primary air inlet and outlet vents with double row of adjustable flaps in aluminum up to 30 dm²<br>No.          66       x       €/each          90.00 | € | 5,940.00 |

| | | |
|---|---|---|
| Suction valve with adjustable painted steel disc, inclusive of Ø100 counter frame<br>No.          29       x       €/each          24.00 | € | 696.00 |
| Air control louver with opposing flaps, inclusive of counter frame, aluminum construction up to 15dm²<br>No.          2        x       €/each          90.00 | € | 180.00 |
| REI 120 fire dampers fitted with Berlin electric motor up to 15 dm²<br>No.          4        x       €/each          290.00 | € | 1,160.00 |
| | | |
| *Fan convector system* | | |
| Horizontal fan convectors without cabinet for 4 duct system, inclusive of stop valves, galvanized sheet sleeve and clamps<br>- FCX32P<br>No.          33       x       €/each          340.00 | € | 11,220.00 |
| - FCX32A<br>No.          4        x       €/kg          380.00 | € | 1,520.00 |
| Adjustment systems for the cold/hot batteries of fan convectors, consisting of motorized four-way valves Ø ½<br>No.          74       x       €/each          80.00 | € | 5,920.00 |
| Black steel pipes, inclusive of weld joints, special components and clamps<br>Kg          1,770  x       €/kg          5.80 | € | 10,266.00 |
| Painting<br>sqm          80       x       €/ sqm          90.00 | € | 7,200.00 |
| Copper piping inclusive of special components and elastomeric sheath insulation<br>Ø 16<br>m          178      x       €/kg          16.00 | € | 2,848.00 |
| Ø 18<br>m          148      x       €/kg          18.00 | € | 2,664.00 |
| Elastomeric sheath pipe insulation<br>m²          142      x       €/ sqm          22.00 | € | 3,124.00 |
| Pvc piping for fan-coil condensation discharge Ø 32<br>ml          90       x       €/ml          20.00 | € | 1,800.00 |
| Electric connections relating to fan convectors and adjustments<br>No.          37       x       €/each          80.00 | € | 2,960.00 |
| | | |

| | | |
|---|---|---|
| *Radiator system and towel warmers in rooms* | | |
| Copper piping inclusive of special components and elastomeric sheath insulation Ø 12<br>m         110      x       €/m            15.00 | € | 1,650.00 |
| On-off thermostat with electric connections<br>No.        29      x       €/each        110.00 | € | 3,190.00 |
| Four-way 220V on-off stop valves controlled by thermostats<br>No.        29      x       €/each        140.00 | € | 4,060.00 |
| *Marble coverings on 3rd floor* | | |
| Elevator cornices (No. 3) in shaped, semi-bright yellow marble, thickness 3cm | € | 2,000.00 |
| Bands of black Marquinia marble for the suites, thickness 2cm, with rounded edge, 17 meters x 0.27h | € | 600.00 |
| *Bathrooms* | | |
| Floor covering in glossy Botticino marble tile size 30x301, wall covering in glossy Botticino marble tile size 30x15x1<br>m²        416.85 x      €/m²            60.00 | € | 25,011.00 |
| Sink surround in shaped, glossy travertine thickness 3cm with rounded edge and downstand h 10cm including hole<br>No.        10      x       €/each        30.00 | € | 300.00 |
| *Suction vents* | | |
| On site supply of suction vents complete with fire dampers brand ALDES<br>No.        25      x       €/each        55.00 | € | 1,375.00 |
| *Electrical material* | | |
| Supply of electrical material: shielded cable 100m, comfort 869 CNR FLAX18 non inflammable opt. cable, GPU gigaplus box 305ml, strip of 10 clamps 2.5-4-6-10mm, grips 200x3.5, black tape 19x25, built-in case, IP55 wall box, perforated duct 200x075, plug connector 6/10, inc 24WO switchboard inc. IP 40, fixed hanger 930, toxfre cable, contactor model 2NA, bip. twilight relay 230VCA, 16A socket, adaptor for special support, pvc sleeve D32, medium pvc pipe, PES D20 corrugated cable, flexible curve D32, 1P living switch, diff. 1P+N 10A, white 3M tec idea plate, support 3 mod with screws, switches 1P NO 10A white tie bar, white ribbed/smooth front hole cover, switch 1P NO 10A white tie bar, plug adaptor 2PT, dulux, nitra drop, halogen bipin | | |

PL002961

| | | |
|---|---|---|
| plug 20W, slim 50/100<br>Total | € | 21,962.58 |
| | | |
| *Taps and fittings* | | |
| Replacement of taps and fittings in 3rd floor bathrooms: built-in mixer tap for tub-shower, deviator for tub-shower, water supply tap ½", hose 1.50m, tap/shower set, articulated shower support, three-jet, anti-limescale shower head, sink mixer tap discharge 1" ¼ , bidet mixer tap discharge 1" ¼, adjuster tap for single hole taps with small pipes<br>Total | € | 9,556.82 |
| | | |
| *Elevator system* | | |
| Emergency repair intervention with replacement of No. 3 REI 60 floor-level doors, including brickwork<br>Replacement of internal door of one elevator (two sliding doors)<br>Total | € | 9,000.00 |
| | | |
| Repair of triplex system with replacement of digital indicators and call buttons relating to third floor in short circuit, assembly of shunt box inside the elevator, search for wires of indicators originating from second floor and from fourth floor, reconnection of these wires<br><br>Supply and installation of infrared photocell barriers consisting of transmitter "side A" and receiver "side B" controlled via electronic control panel, control and testing of normal functioning<br>Total | € | 3,850.00 |
| | | |
| Supply of material for the installation of indicator screen: glossy brass plates, screen indicators highlighting the position of the elevators, directional arrows and gong<br>Total | € | 2,500.00 |
| | | |
| *3rd floor electrical system* | | |
| Reconstruction of the 3rd floor electrical system with installation of ducts for special electricity lines, laying of cables for electrical and special backbones, installation of electrical and special systems in ordinary rooms, in suites, in the office and corridor, installation of light fixtures in ordinary rooms, suites, the corridor and communal areas, connection of special lines<br>Total | € | 45,000.00 |
| | | |
| Replacement of room door locks<br>Total | € | 1,000.00 |

| | | |
|---|---|---|
| *Carpentry work* | | |
| Room 301: REI door, connecting door | € | 2,869.00 |
| Room 302: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, connecting door, skirting board in room, room ceiling moldings | € | 8,859.00 |
| Room 303: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, connecting door, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 303: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, connecting door, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 305: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, connecting door, skirting board in room, room ceiling moldings | € | 8,859.00 |
| Room 306: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, connecting door, skirting board in room, room ceiling moldings | € | 8,859.00 |
| Room 307: REI door, internal door, bathroom door, double ceiling in entrance/bathroom | € | 6,162.00 |
| Room 308: REI door, internal door, bathroom door, double ceiling in entrance, skirting board in room | € | 5,762.00 |
| Room 309: REI door, internal door, bathroom door, double ceiling in entrance, skirting board in room | € | 3,363.00 |
| Room 310: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 311: REI door, double ceiling in entrance | € | 2,705.00 |
| Room 312: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 313: REI door, double ceiling in entrance, skirting board in room | € | 3,363.00 |
| Room 314: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room | € | 6,821.00 |
| Room 315: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room, room ceiling moldings | € | 7,636.00 |

PL002963

| | | |
|---|---|---:|
| Room 316-317: REI door | € | 3,293.00 |
| Room 318: REI door, internal door, bathroom door | € | 4,045.00 |
| Room 319: REI door, internal door, bathroom door, double ceiling in entrance, skirting board in room | € | 5,762.00 |
| Room 320-321-322-323-324: REI door | € | 8,230.00 |
| Room 325: REI door and internal door | € | 3,292.00 |
| Room 326-327-328: REI door | € | 4,938.00 |
| Room 329: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room | € | 5,621.00 |
| Room 330: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room | € | 6,821.00 |
| Room 331: REI door, double ceiling in entrance | € | 2,705.00 |
| Room 332: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 333: REI door, internal door, bathroom door, double ceiling in entrance/bathroom, skirting board in room, room ceiling moldings | € | 7,636.00 |
| Room 432: double ceiling in entrance/bathroom, skirting board in entrance/room, brass door stopper, closure springs for REI doors | € | 2,300.00 |
| Room 405: double ceiling in entrance, skirting board, low skirting board in entrance | | |
| Room 332: double ceiling in bathroom | | |
| Room 406: wooden accessories, double ceiling in entrance, skirting board in entrance | € | 5,000.00 |
| Molding in room (140 meters), skirting board in room (180 meters) and decapé oak swinging door for conference room, brass coating on lower part and porthole window on upper part (No. 1 broken by Fire Brigade) Total | € | 15,770.00 |
| Refurbishment of REI doors (No. 172), springs for REI doors (No. 172), door stoppers (No. 172) and baroque cap (No. 160) Total | € | 21,128.80 |
| Emergency exit door frame and restored door for room 407 Total | € | 3,950.00 |

PL002964

| | | |
|---|---|---|
| Laborers employed by the Insured Party to clean water/smoke damaged property such as floors, carpets, upholstery, wall paneling, marble coverings, bathroom fixtures, doors, windows and balconies (h. 954)<br>Total | € | 24,804.00 |
| Technical assistance, works management and safety costs<br>Total | € | 84,000.00 |
| Loss based on the cost of repair and/or reconstruction works | € | 1,502,276.75 |
| Depreciation to be deducted for deterioration due to age, state of repair, construction method, location, intended use and all other concomitant circumstances<br>10% of €1,502,276.75 | € | 150,227.68 |
| | € | 1,352,049.08 |
| Actual loss ascertained<br>Rounded to | € | 1,352,000.00 |
| As from evaluation conducted was found "sufficient coverage" we have | | |
| DAMAGE UNDER THE TERMS OF THE POLICY | € | 1,352,000.00 |

THE ADJUSTER OF THE INSURANCE COMPANY

(Engineer Marco Cincotti)

[*illegible signature*]

PL002965

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 – Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI – Rome*

-   *Lot No. 2 – Equipment, Furnishings, Machinery and Goods – Insured Sum € 9,296,224.18 (20% repeal)*

PL002966

Studio Cincotti

DETAILED ESTIMATION OF LOSSES

| | | |
|---|---|---|
| *Paintings and mirrors – 3rd floor* | | |
| Gold gilded frame, coated on red border, oval, decorated passepartout, antique-style canvas painting with crackle effect and restored canvas frame, vertical<br>*50x70 Flowers*<br>No.        40      x       €/each        340.00 | € | 13,600.00 |
| Gold gilded frame, coated on red border, linear, decorated passepartout, antique-style canvas painting with crackle effect and restored canvas frame, horizontal<br>*70x100 Landscapes*<br>No.        40      x       €/each        619.00 | € | 24,760.00 |
| Impressive gold leaf gilded frames, antique-style canvas paintings with crackle effect and restored canvas frame, vertical<br>*50x70 Portraits*<br>No.        15      x       €/each        1,239.00 | € | 18,585.00 |
| Richly detailed gold leaf gilded mirror<br>No.        33      x       €/each        930.00 | € | 30,690.00 |
| *Supply and installation of spotlights for 3rd floor corridor* | | |
| Fixed recessed spotlights 7711 Bl (No. 70), laminated transformer Erc 50W (No. 70), dichroic 50W 50mm. 38° C/V TLB (No. 70), recessed spotlights 6510 1x13W gold (No. 10) dulux D 13W 31 830 Sivi (No. 10) and glass X 4860 Reggiani (No. 8)<br>Total | € | 1,560.51 |
| Gold wall light 41452 3xE14<br>No.        6      x       €/each        460.00 | € | 2,760.00 |
| *Fire prevention and CCTV system – 3rd floor* | | |
| Repair of fire prevention and closed circuit TV system with replacement of network cables and pipes, including apparatus installation<br><br>Notifier CPX-751E analogical smoke detectors<br>No.        115      x       €/each        55.00 | € | 6,325.00 |
| Bases for standard analogical smoke detectors<br>No.        115      x       €/each        6.00 | € | 690.00 |

| | | |
|---|---|---|
| Optical alarm repeater for Indicator analogical smoke detectors<br>No.        62      x      €/each        7.00 | € | 434.00 |
| Material for cable network: fire resistant cable 2x1mm² (2000m), 20mm corrugated cable (750m), OBO 18/30 (No. 200), shunt box 10x15 (No. 12), red black cord (700m), power supply unit 20/24 in metallic casing (No. 1)<br>on a lump sum basis | € | 1,600.00 |
| Manual fire alarm button m500k<br>No.        4      x      €/each        76.00 | € | 304.00 |
| CMX module (No. 1) and MMX module (No. 2)<br>No.        3      x      €/each        60.00 | € | 180.00 |
| Camcorders for CCTV system<br>No.        4      x      €/each        300.00 | € | 1,200.00 |
| Power supply extension unit<br>No.        1      x      €/each        180.00 | € | 180.00 |
| Labor costs<br>Hours        533      x      €/hour        19.50 | € | 10,393.50 |
| Repair of video surveillance system on floors only partially damaged<br>Total | € | 4,500.00 |
| *Bathroom mirrors* | | |
| Molat mirrors 110x90<br>No.        18      x      €/each        215.00 | € | 3,870.00 |
| Molat mirrors with 4 spotlight<br>No.        14      x      €/each        198.50 | € | 2,779.00 |
| Supply and laying of bullnose tiles on the edge of soaker tubs<br>Total | € | 850.00 |
| Supply of classic style hairdryers 2000Blgs230/40vIT<br>No.        60      x      €/each        55.78 | € | 3,346.80 |
| Single-lettered signs: No. 2 "Parco dei Principi", No. 1 "Grand Hotel", No. 5 Stars, No. 1 letter "L", No. 1 logo, including dismantling, sanding and painting of all letters in semi-glossy gold, recharging of all neon elements, reinstallation of high tension lines and re-assembly<br>Total | € | 2,645.00 |
| | | |

PL002968

| | | |
|---|---|---|
| *Light fittings in 3rd floor rooms* | | |
| Bedside table lamp with base and cast brass capitals, ribbed pipe shaft, gold finish achieved through galvanic method. Electrical set up for E27 lamp holder designed for 60W max. bulbs<br>No.        38      x        €/each        127.84 | € | 4,875.92 |
| Table lamp with base and cast brass capitals, ribbed pipe shaft, gold finish achieved through galvanic method. Electrical set up for E27 lamp holder designed for 100W max. bulbs<br>No.        19      x        €/each        158.16 | € | 3,005.04 |
| Floor lamp with base and cast brass capitals, ribbed pipe shaft, cup-shaped adjustable brass head, gold finishing achieved through galvanic method. Electrical set up for E27 lamp holder designed for 150W max. linear halogen bulbs<br>No.        30      x        €/each        271.66 | € | 8,149.80 |
| Truncated pyramid shade in pongee silk for bedside table lamp, with coordinated trimmings<br>No.        65      x        €/each        18.80 | € | 1,222.00 |
| Truncated pyramid shade in pongee silk for table lamp, with coordinated trimmings<br>No.        36      x        €/each        25.38 | € | 913.69 |
| | | |
| *Supply and assembly of destroyed furniture* | | |
| Room 301: chair, Berger armchairs | € | 1,003.00 |
| Room 302: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge, suitcase rack | € | 6,770.00 |
| Room 303: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge, suitcase rack | € | 8,644.00 |
| Room 304: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge, suitcase rack | € | 8,644.00 |
| Room 305: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge, suitcase rack | € | 8,644.00 |
| Room 306: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge, suitcase rack | € | 5,261.00 |
| Room 307: 3-door wardrobe, mirror, double bed | | |

| | | |
|---|---|---|
| headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 308: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 309: double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 4,399.00 |
| Room 310: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 311: double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 2,544.00 |
| Room 312: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 313: double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 2,544.00 |
| Room 314: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 315: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 5,261.00 |
| Room 319: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, mini-bar fridge | € | 4,595.00 |
| Room 321-327: 3-door wardrobe | € | 4,102.00 |
| Room 329: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, suitcase rack, TV cabinet with mini-bar fridge | € | 6,199.00 |
| Room 330: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, suitcase rack, TV cabinet with mini-bar fridge | € | 8,250.00 |
| Room 332: 3-door wardrobe, mirror, double bed headboard, bedside tables, desk, chair, coffee table, Berger armchairs, suitcase rack, mini-bar fridge | € | 8,644.00 |
| Room 333: 2-door wardrobe, mirror, double bed headboard, single bed headboard, bedside tables, desk, | | |

| | | |
|---|---|---|
| chair, coffee table, Berger armchairs, suitcase rack, mini-bar fridge | € | 7,119.00 |
| Wardrobes in three sizes as per sample provided<br>Total | € | 10,255.00 |
| Dismantling and re-assembly of wardrobes in rooms 204-205-206 (2nd floor), bed headboard and No. 2 bed headboards (5th floor)<br>Total | € | 1,942.50 |
| Special 3-door wardrobe (No. 5)<br>Total | € | 10,245.24 |
| Laborers employed for repair and assembly works on the third floor<br>Total | € | 7,070.00 |
| Supply and assembly of furniture and furnishings<br>Total | € | 37,009.75 |
| Supply of furnishings for bathrooms: chromed brass roller (No. 3), chromed hook (No. 14), chromed towel rail 30cm (No. 36) chromed pull handle (No. 14), chromed beaker (No. 14), chromed toilet roll holder (No. 16), stainless steel Kleenex box with snap closure (No. 20), shower hose 200cm (No. 14), abs chrome sanitary towel bag dispenser (No. 20), articulated, chromed magnifying mirror (No. 14), tube 80x80 in package (No. 2), chromed bathroom stool (No. 25) and chromed towel rail 45cm (No. 3)<br>Total | € | 5,017.80 |
| Supply of divan beds mod. King 100x200cm (No. 304) - 160x200cm (No. 17) - 140x200cm (No. 4) - 180x200cm (No. 1), mattresses mod. King. Fr. 100x200cm (No. 250) - 160x200cm (No. 15) - 140x200cm (No. 4), fire resistant mattress cover 100x200cm (No. 304) - 140x200cm (No. 4) - 160x200cm (No. 17) - 180x200cm (No. 1), foam mattresses 95x180x7 mod. Delta (No. 2) - 150x180x7 mod. Delta (No. 2), mattresses mod. King Fr. 78/188/H.15 (No. 3), mattress mod. King 180x200cm (No. 1), mattress mod. Esperta 100x200cm (No. 54) - 160x200cm (No. 2)<br>Total | € | 88,150.06 |
| Dry cleaning of curtains of rooms of 4th, 5th, 6th and 7th floors<br>Total | € | 5,900.00 |
| Washing of single and double woolen blankets<br>Total | € | 1,217.70 |
| Washing of single/double bed covers and divan beds<br>Total | € | 850.50 |
| Cleaning of curtains of No. 42 windows in 1st floor rooms, | | |

PL002971

| | | |
|---|---|---|
| from No. 101 to No. 133, room 211 and No. 2 curtain panels of the 1st floor corridor<br>Total | € | 6,335.00 |
| Cleaning of curtains of No. 39 windows located in 2nd floor rooms, from No. 201 to No. 233 and No. 5 curtain panels of the 2nd floor corridor<br>Total | € | 5,910.00 |
| Cleaning of curtains of 3rd floor rooms<br>Total | € | 3,100.00 |
| Cleaning of furnishings located in 3rd floor rooms<br>Total | € | 2,996.00 |
| Cleaning of furnishings located in rooms 401-403-407-408-409-410-411-712-413-414-415-416-417-418-419-420-421-423-424-426-427-428-429 and 430 of the 4th floor: No. 6 small armchairs, No. 30 Berger armchairs, No. 2 three-seater sofas and No. 29 chairs<br>Total | € | 3,764.00 |
| Cleaning of furnishings located in 5th floor rooms from No. 501 to No. 533: No. 14 small armchairs, No. 19 armchairs, No. 8 Berger armchairs, No. 1 two-seater sofas, No. 2 three-seater sofas and No. 41 chairs<br>Total | € | 4,232.00 |
| Cleaning of furnishings located in rooms 601-604-605-606-608-609-611-613-615-618-623-624 and 625 of the 6th floor: No. 10 small armchairs, No. 14 Berger armchairs, No. 2 two-seater sofas, No. 8 three-seater sofas, No. 1 four-seater sofas and No. 25 chairs<br>Total | € | 4,292.00 |
| Cleaning of furnishing located in room 762-764-766-768-770-772-774-776-778 and 782 of the 7th floor: No. 14 Berger armchairs, No. 8 two-seater sofas, No. 105 chairs, No. 9 benches and No. 17 door panels<br>Total | € | 3,120.00 |
| Beating and washing of No. 3 Aubousson tapestries and No. 3 Persian rugs, restoration of No. 1 Persian rug and cleaning of No. 2 patio umbrella covers and No. 1 table cover<br>Total | € | 1,212.00 |
| Repair of fireproof rectangular lamp shades<br>Total | € | 1,724.00 |
| Supply of sweet dream pillows, MS certified, 50x80, fiber 750 grams (No. 250), sweet dreams pillows, MS certified, 50x80, fiber 900 grams (No. 250)<br>Total | € | 5,500.00 |

PL002972

| Supply and fitting of lightweight curtains | | | | | |
|---|---|---|---|---|---|
| - room type A<br>No. | 12 | x | €/each | 290.00 | € | 3,480.00 |
| - room type B<br>No. | 4 | x | €/each | 290.00 | € | 1,160.00 |

PL002973

| | | |
|---|---|---|
| emc 101 desk phones (No. 20),  emc 103 desk phones (No. 40), dect aerials (No. 5), labor (80 hours)<br>Total | € | 26,000.00 |
| General goods, various stock, consumables and accessories to be used in rooms<br>Total | € | 2,400.00 |
| Work coordination, technical assistance and safety costs<br>Total | € | 15,000.00 |

PL002974

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 - Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI - Rome*

- *Lot No. 4 – Demolition and clearance costs – Insurance coverage € 103,291.38 (10% increase in compliance with art. 11 of the General Conditions of Insurance Policy)*

PL002975

Studio Cincotti

## DETAILED ESTIMATION OF DAMAGE

| | | |
|---|---|---|
| Clearance of rubble from the 5 destroyed rooms, including furnishings and fittings, carpet, furniture, TV and fridge, fan-coil and some bathroom fixtures from the 7 semi-destroyed rooms.<br>Clearance of fine rubble, windows, doors, fan-coils, false ceilings, carpet and wall coverings from corridor.<br>Partial demolition where required and dismantling of coverings and burnt windows.<br>Work carried out by Munters on the 3rd floor destroyed by the fire from 5th May to 23 August 2004<br>Total | € | 105,000.00 |
| Disposal of residues and rubble, including transportation to the dump<br>Total | € | 13,080.00 |
| Cost of demolition and clearance of roof space in bath anterooms and of partition planks in 3rd floor rooms (No. 33), labor (792 hours)<br>Total | € | 19,887.00 |
| Demolition of all 3rd floor air conditioning and heating systems and transportation of residue material to public dump<br>Lump sum basis | € | 2,500.00 |
| Demolition of reinforced concrete and brick floor, including transportation of rubble to public dump (rooms 305-306-332)<br>m²     92     x     €/m²     50.00 | € | 4,600.00 |
| Technical assistance, works management and safety costs<br>Total | € | 6,000.00 |
| Actual loss ascertained<br>rounded to | €<br>€ | 151,067.00<br>151,000.00 |
| As the actual loss ascertained (€ 145,000.00) is lower than your maximum exposure, we have: | | |
| **LOSS UNDER THE TERMS OF THE POLICY** | € | **151,000.00** |

THE ADJUSTER OF THE INSURANCE COMPANY

PL002976

(Engineer Marco Cincotti) [*Illegible signature*]

PL002977

Studio Cincotti

*Insurance Company: AURORA ASSICURAZIONI S.p.A.*

*Claim No. 9888/2004/50214 dated 1st May 2004*

*Policy MEIEAURORA No. N5850004106 – Rome General Agency*

*Insured party: I.C.E.M. SpA/HOTEL PARCO DEI PRINCIPI – Rome*

- *Loss containment costs*

PL002978

Studio Cincotti

DETAILED ESTIMATION OF DAMAGE

| | | |
|---|---|---|
| *Containment, recovery and repair works conducted by Munters Srl* | | |
| Set up of building site on 22nd May 2004, the day after the Judicial Authority's release of the floors below the 3rd floor level where the fire started and caused serious damage, inclusive of dismantling of site on completion of works (11th June 2004)<br>Total | € | 6,500.00 |
| *Dehumidification works on lower floors damaged by water during the fire fighting operations*<br><br>= *ground floor*<br><br>Dehumidification to dry out floors and carpets on this floor damaged by water used during the fire fighting operations<br><br>= *first and second floors*<br><br>Contamination and evident soiling, especially as a result of the hotel evacuation process and the intervention of the Fire Brigade. Wet damage caused by water used in the fire fighting operations<br>Thorough cleaning of all walls, ceilings, furnishings, etc. by suction and dusting, with manual removal of stains on carpets and wall paper; dehumidification of rooms by blowing dry air into the hollow space of false ceilings<br><br>= *basement levels*<br><br>A high degree of residual humidity was found at levels -1, -2 and -3 due to the infiltration of water during fire fighting operations. Therefore, as of 27th May, other dehumidifiers were installed on all three floor to bring these areas to normal relative humidity rates<br>On 9th June, checks ascertained that a storeroom full of furniture on the -3 level had been contaminated by smoke owing to the chimney effect created by a vertical air duct. The storeroom contained over 1100 padded chairs, which were cleaned manually and by suction<br>Total | € | 175,000.00 |
| *Recovery and repair operations conducted on 4th, 5th, 6th and 7th floors damaged by smoke* | | |
| | | |

PL002979

| | | |
|---|---|---|
| Low pressure spraying of all hollow spaces above false ceilings in room entrances, bathrooms and corridors on floors 4th to 7th using a special smoke sealing and deodorizing paint<br>Total | € | 12,250.00 |
| Rehabilitation of 4th floor, initially conducting all activities foreseen for the other floors<br>Total | € | 32,000.00 |
| Washing of wall upholstery, where recoverable<br>Total | € | 9,500.00 |
| In-depth manual cleaning of balconies and terraces<br>Total | € | 8,700.00 |
| Rehabilitation of fan-coils on the 4th, 5th, 6th and 7th floors<br>Total | € | 9,500.00 |
| Automatic nebulizers<br>No.        70       x       €/each       60.00 | € | 4,200.00 |
| Cleaning of No. 1100 conference room chairs<br>No.        110      x       €/each       40.00 | € | 4,400.00 |
| Repair of TV sets<br>No.        160      x       €/each       80.00 | € | 12,800.00 |
| Installation of dehumidifiers in the lobby/reception and in the rooms of the ground floor, in the corridors and in rooms of the 1st and 2nd floors to reduce humidity levels in respect of the drying out of rugs, carpets, wall panels, coverings and false ceilings<br><br>- *first installation*<br>No. 22 MH270, No. 2 MCS600, No. 1 MLT800, No. 5 Turbovent (from 22nd May to 1st June)<br><u>cost</u> (No. 22 x 55.00 €/each + No. 2 x 83.00 €/each + No. 1 x 94.00 €/each + No. 5 x 44.00 €/each) x 11 days<br>Installation/de-installation/consumables | €<br>€ | 18,590.00<br>14,300.00 |
| - *second installation*<br>No. 6 MCS600, No. 2 M200L, No. 13 Turbovent (from 25[nd] May to 4th June)<br><u>cost</u> (No. 6 x 83.00 €/each + No. 3x 47.00 €/each + No. 13 x 44.00 €/each) x 11 days<br>Installation/de-installation/consumables | €<br>€ | 13,321.00<br>7,000.00 |
| - *third installation*<br>No. 7 MH270, No. 3 Turbovent (from 2nd June to 15th June)<br><u>cost</u> (No. 7 x 55.00 €/each + No. 3 x 44.00 €/each) x 14 days | € | 7,238.00 |

PL002980

| | | |
|---|---|---|
| *Rehabilitation works on 3rd floor, conducted from 5th July to 23rd August 2004* | | |
| 5 rooms totally destroyed (303, 304, 305, 306, 331)<br>7 rooms semi-destroyed (302, 307, 310, 312, 314, 315, 332)<br>21 rooms filled with soot to a more or less greater extent<br>Wing and almost the entire corridor having suffered destructive heat damage<br><br>Power washing of all wall surfaces of the corridor and of the 12 heat-damaged rooms, including the bathrooms of the other 21 rooms<br>After washing, all hollow spaces of the entire floor were sprayed with smoke sealing paint, as per the upper floors<br>Manual cleaning of smoke-damaged rooms (12÷7), recovery of fridges, TVs, fan-coils, hairdryers, lamps and all furnishings and wall/floor coverings | | |
| Power washing with collection of waste water<br>sqm          3,300  x        €/sqm          3.50 | € | 11,550.00 |
| Painting with smoke sealing paint<br>sqm          3,800  x        €/sqm          3.50 | € | 13,300.00 |
| Recovery and cleaning of 28 partially damaged rooms, including wall cleaning and carpet washing, in-depth manual cleaning of windows, balconies and terraces | € | 46,600.00 |
| Cleaning of TV sets, fridges, telephones and hairdryers | € | 1,760.00 |
| Building site mobilization/demobilization | € | 6,500.00 |
| Actual loss ascertained<br>rounded to | €<br>€ | 415,009.00<br>415,000.00 |
| As the inspections conducted highlight the "sufficient coverage" with respect to the guarantees provided by you, the damage containment costs are fully granted and we therefore have: | | |
| **LOSSES UNDER THE TERMS OF THE POLICY** | € | 415,000.00 |

THE ADJUSTER OF THE INSURANCE COMPANY

(Engineer Marco Cincotti) [*Illegible signature*]

PL002981