# Exhibit P
# to the Pencu Affidavit

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   - - - - - - - - - - - - - - -x

 5   ICEM S.P.A.

 6   AURORA ASSICURAZIONI S.P.A.

 7           Plaintiff

 8   V.                          Civil Action No.

 9   HARVEY INDUSTRIES, INC.,    1:07-CV-10819 RCL

10   RACHEL CASTRICONE,

11   TRACEY BOULDOUKIAN

12           Defendants

13   - - - - - - - - - - - - - - -x

14

15            DEPOSITION OF ALI REZA

16         Friday, October 16, 2009

17                9:50 a.m.

18        Nutter McClennen & Fish, LLP

19            155 Seaport Boulevard

20           World Trade Center West

21            Boston, Massachusetts

22                - - - - - - - -

23      Reporter:  Deborah Roth, RPR/CSR

24
```

```
 1    be a difficult process.
 2        Q.  Okay.  Now, we got the thing reset,
 3    either by itself or otherwise, and so I guess
 4    what I need to know, because I think this
 5    is -- I get the sense this is kind of
 6    important to people -- is that when the alarm
 7    first goes off at 5:08 in the morning, what,
 8    in your view, was the cause of the alarm going
 9    off?
10        A.  Right.  In my opinion, the reason this
11    alarm went off was because of intermittent
12    smoke that was present in the room, and there
13    are two mechanisms by which intermittent smoke
14    could be present.  One is that there was some
15    smoldering that was going on wherever the
16    cigarette butt had been discarded.  The second
17    is that somebody was actually smoking in the
18    room when the alarm was triggered.
19              I understand that Ms. Castricone and
20    Ms. Bouldoukian have both been asked and have
21    indicated that they were not smoking in the
22    room, but -- and then therefore, I have
23    indicated that I have concluded that this was
24    smoldering that was going on in the area where
```

Page 163

```
 1    the cigarette was previously discarded at
 2    4:55.
 3                I think the point here is that
 4    regardless of --
 5        Q.  I missed that.
 6                What was the part about 4:55?
 7        A.  Mr. Fiderio left at approximately 4:55.
 8        Q.  Okay.
 9        A.  And there is an eyewitness account --
10    not eyewitness account, a police statement
11    that he thinks that Ms. Castricone brought the
12    ashtray back in the room.
13        Q.  Oh, okay.
14        A.  Okay?
15                Now, the most important -- from my
16    perspective, the most important point to my
17    investigation in this time is that we know
18    that there was another alarm at approximately
19    5:13 -- 5:12:59, 5:13 for the sake of
20    convenience, in Room 305.  There is only one
21    smoke detector in Room 305.  The way the smoke
22    detector in the Notifier system works is if a
23    smoke detector has detected smoke and has not
24    turned itself off, i.e., it has not been reset
```

```
 1    or it has not reset itself, that's smoke
 2    detector does not activate again.
 3              So once a smoke detector is
 4    activated, it remains activated, okay.
 5              So we know that the smoke detector
 6    in Room 305 turn off or was reset, and then we
 7    know from Mr. Vaccaroni that it takes ten
 8    seconds to reset, and therefore between
 9    5:09:56 and 5:12:59, there was not sufficient
10    smoke in Room 305 to trigger that smoke
11    detector.
12              So we know there was enough smoke to
13    trigger it once at 5:08, we know there was
14    smoke again to trigger it again at 5:13, but
15    there wasn't enough smoke to trigger it
16    between 5:09:56 and 5:13, and that is very
17    significant because that is characteristic of
18    smoldering combustion, that you have
19    intermittent smoke.
20    Q.  Smoldering combustion in the sense that
21    whatever cigarette embers there were, whether
22    they were in the wastebasket or on clothes or
23    on a sheet, were smoldering in the room at
24    that point?
```

Page 252

```
 1      A.  No, there is nothing in his deposition
 2   on who made that call.
 3      Q.  Okay.  I'm moving on now, sir, to
 4   Page 2, and at the bottom of Page 2, the last
 5   phrase is, "We have concluded that the fire
 6   started due to carelessly discarded smoking
 7   material in Room 305," correct?
 8      A.  Yes.
 9      Q.  And that is really the conclusion at
10   the beginning and at the end of your report?
11      A.  Yes.
12      Q.  Okay.  Who discarded the smoking
13   material, if you know?
14      A.  Right now, the only clear evidence that
15   I have where smoking materials might have been
16   discarded is when Ms. Castricone brought the
17   ashtray back into the room.  Mr. Fiderio has
18   indicated that he recalls that she might have
19   brought the ashtray back into the room, and he
20   does not recall that she had the ashtray in
21   her hand when he left the room.
22          If I accept that the smoldering
23   cigarette was discarded at that point, then it
24   would be Ms. Castricone.
```

1           The reason I'm hesitating here is if
2    the cigarette was not discarded at that time
3    period, I have no additional mechanism to
4    explain the 5:08 intermittent smoke alarm,
5    unless there was a second instance, an
6    additional instance of somebody smoking in the
7    room.  In other words, if somebody smoked in
8    the room between 5:07, the wake-up call, and
9    the 5:08 alarm, then all bets are off.
10           I'm aware that Ms. Bouldoukian and
11   Ms. Castricone have indicated that they did
12   not smoke in the room.  I'm also aware that a
13   cigarette butt being discarded at
14   approximately 4:55 explains the 5:08 alarm.
15   But if I exclude that cigarette butt, then I
16   do not know which person smoked in the room,
17   but I know that there was intermittent smoke.
18      Q.  At 5:08?
19      A.  At 5:08.
20      Q.  I'm going to take those two theories.
21      A.  Okay.
22      Q.  I'm going ask you the basis, okay.
23      A.  I think I just gave you my basis, but
24   you can --