UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ICEM S.P.A.,  :
AURORA ASSICURAZIONI S.P.A,  :
 :
    Plaintiffs,  : CIVIL ACTION NO.: 1:07-cv-10819-GAO
 :
v.  :
 :
HARVEY INDUSTRIES, INC.,  :
RACHEL CASTRICONE,  :
TRACEY BOULDOUKIAN  :
 :
    Defendants.  :

**AFFIDAVIT OF ALEXANDER D. PENCU, ESQ. IN SUPPORT OF PLAINTIFFS'
MOTION IN OPPOSITION TO DEFENDANT HARVEY INDUSTRIES, INC.'S
MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF ORDINARY DILIGENCE**

STATE OF CONNECTICUT    )
                        : ss.:  Connecticut
COUNTY OF FAIRFIELD     )

Alexander D. Pencu, Esq., being duly sworn, deposes and says:

1. I am currently an Associate at the Law Firm of Robinson & Cole LLP. I make this affidavit on the basis of my personal knowledge and in support of Plaintiffs' Motion in Opposition to Defendant Harvey Industries, Inc.'s Motion for Summary Judgment on the Issue of Ordinary Diligence.

2. I am over the age of eighteen (18) and understand the nature and obligations of an oath.

3. I have represented Plaintiffs since the inception of the litigation of the above-captioned case.

4. Fact Discovery and Expert Discovery have been completed. All of the exhibits attached to my Affidavit are documents that have been exchanged in the course of discovery or transcripts of depositions taken.

5. Exhibit A is the Expert Report from Exponent Failure Analysis Associates ("Exponent") on the Engineering Investigation of the Parco dei Principi Hotel Fire, dated May 1, 2004. Exponent is an expert witness retained by the Plaintiffs.

6. Exhibit B contains excerpts of the Deposition Transcript of Ali Reza, Aurora Assicurazioni S.P.A.'s expert, dated October 16, 2009.

7. Exhibit C contains excerpts of the Deposition Transcript of Maurizio Scarano, dated March 23, 2009.

8. Exhibit D contains the Translation of Police Statement of Maurizio Scarano.

9. Exhibit E contains the video security footage from the Parco's cameras.

10. Exhibit F contains excerpts of the Deposition Transcript of Alessandro Vaccaroni, dated October 9, 2009 and November 10, 2009.

11. Exhibit G is the Insurance Engineering Services' Expert Report Regarding the Hotel Parco dei Principi's Response to the May 1, 2004 Fire and Compliance With Italian Life, Health & Safety Codes, dated May 26, 2009.

12. Exhibit H contains excerpts of the Deposition Transcript of Roberto Naldi, ICEM S.P.A.'s Rule 30(b)(6) witness, dated March 30-31st, 2009.

13. Exhibit I contains excerpts of the Deposition Transcript of Gennaro Procino, dated February 11, 2009.

14. Exhibit J contains excerpts of the Deposition Transcript of Arnaldo Carpinone De Riso, dated March 24, 2009.

15. Exhibit K contains ICEM's Answers to Harvey's Interrogatories, dated June 9, 2008.

16. Exhibit L contains excerpts of the Deposition Transcript of Glennard E. Frederick, Harvey Industries, Inc.'s Rule 30(b)(6) witness, dated December 17, 2008.

17. Exhibit M contains excerpts of the Deposition Transcript of Rachel Castricone, dated February 18, 2009.

18. Exhibit N contains excerpts of the Deposition Transcript of Tracey Bouldoukian, dated March 12, 2009.

19. Exhibit O contains excerpts of the Deposition Transcript of Antonio D'Aliesio, dated March 20, 2009.

20. Exhibit P contains excerpts of the Deposition Transcript of Antonello D'Arielli, dated March 9, 2009.

21. Exhibit Q contains excerpts of the Deposition Transcript of Matthew Fiderio, dated March 24, 2008.

22. Exhibit R contains excerpts of the Deposition Transcript of Michael Pitre, dated March 16, 2009.

23. Exhibit S contains documents reflecting the Grand Hotel Parco dei Principi's ("Parco") phone records on April 30, 2004 and May 1, 2004. These documents were part of the Italian Public Prosecutor's investigation into the May 1, 2004 fire and were produced in this litigation and have been Bates stamped PL 002023 through PL 002034.

24. Exhibit T contains the Translation of the Police Statement of Tracy Bouldoukian, dated May 1, 2004.

25. Exhibit U contains the still-shot photograph of the video footage recorded by the Parco's video security system on the third floor at approximately 5:18 a.m.

26. Exhibit V contains the Translation of Police Statement of Antonello D'Arielli, dated May 1, 2004.

27. Exhibit W contains the D'Arielli testimony from Castricone Italian criminal proceeding.

28. Exhibit X contains Italian and English copies of the Fire Emergency Plan for the Parco dei Principi Hotel in effect on May 1, 2004.

29. Exhibit Y contains the Translation of the Police Statement of Rachel Castricone, dated May 1, 2004.

30. Exhibit Z contains the Translation of the Police Statement of Matthew Fiderio, dated May 1, 2004.

31. Exhibit AA contains a copy of the Italian Public Prosecutor Report of Giuseppe Andruzzi, The Office of the State Public Prosecutor regarding the investigation of the May 1, 2004 fire at the Parco dei Principi Hotel and its findings (both in Italian and a translated copy in English).

32. Exhibit BB contains the Public Prosecutor's notice of charges against Rachel Castricone, Tracey Bouldoukian, Roberto Naldi, Antonietta Bartoletti and Giuseppina Carla Milos.

33. Exhibit CC contains the Decision of the Preliminary Hearing concerning Tracey Bouldoukian, dated April 16, 2007.

34. Exhibit DD contains Judgment of the Preliminary Hearing against Antonietta Bartoletti, Roberto Naldi and Giuseppina Carla Milos, dated June 15, 2007.

35. Exhibit EE contains the Rebuttal Report by Exponent Failure Analysis Associates to Defendants' Expert Reports, dated August, 2009.

36. Exhibit FF contains the Supplemental Report by Exponent Failure Analysis Associates on the Engineering Investigation of the Parco dei Principi Hotel Fire, dated September 30, 2009.

37. Exhibit GG contains Expert Report of the Wright Group, Inc., dated June 26, 2009.

38. Exhibit HH contains the Opening Expert Report of Dr. Gandini.

39. Exhibit II contains excerpts of the Deposition Transcript the Dr. Cristiano Gandini, dated October 6, 2009.

_____
Alexander D. Pencu

SWORN TO before me
this 20th day of January, 2010

_____
Notary Public

My Commission Expires: 3/31/2011