# Exhibit B
# to the Pencu Affidavit

```
                                                                    Page 1
 1             UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   - - - - - - - - - - - - - - -x

 5   ICEM S.P.A.

 6   AURORA ASSICURAZIONI S.P.A.

 7           Plaintiff

 8   V.                          Civil Action No.

 9   HARVEY INDUSTRIES, INC.,    1:07-CV-10819 RCL

10   RACHEL CASTRICONE,

11   TRACEY BOULDOUKIAN

12           Defendants

13   - - - - - - - - - - - - - - -x

14

15           DEPOSITION OF ALI REZA

16         Friday, October 16, 2009

17               9:50 a.m.

18        Nutter McClennen & Fish, LLP

19           155 Seaport Boulevard

20          World Trade Center West

21          Boston, Massachusetts

22              - - - - - - - -

23      Reporter:  Deborah Roth, RPR/CSR

24
```

1  be a difficult process.
2      Q.  Okay.  Now, we got the thing reset,
3  either by itself or otherwise, and so I guess
4  what I need to know, because I think this
5  is -- I get the sense this is kind of
6  important to people -- is that when the alarm
7  first goes off at 5:08 in the morning, what,
8  in your view, was the cause of the alarm going
9  off?
10     A.  Right.  In my opinion, the reason this
11 alarm went off was because of intermittent
12 smoke that was present in the room, and there
13 are two mechanisms by which intermittent smoke
14 could be present.  One is that there was some
15 smoldering that was going on wherever the
16 cigarette butt had been discarded.  The second
17 is that somebody was actually smoking in the
18 room when the alarm was triggered.
19              I understand that Ms. Castricone and
20 Ms. Bouldoukian have both been asked and have
21 indicated that they were not smoking in the
22 room, but -- and then therefore, I have
23 indicated that I have concluded that this was
24 smoldering that was going on in the area where

1   the cigarette was previously discarded at

2   4:55.

3            I think the point here is that

4   regardless of --

5        Q.  I missed that.

6            What was the part about 4:55?

7        A.  Mr. Fiderio left at approximately 4:55.

8        Q.  Okay.

9        A.  And there is an eyewitness account --

10  not eyewitness account, a police statement

11  that he thinks that Ms. Castricone brought the

12  ashtray back in the room.

13       Q.  Oh, okay.

14       A.  Okay?

15           Now, the most important -- from my

16  perspective, the most important point to my

17  investigation in this time is that we know

18  that there was another alarm at approximately

19  5:13 -- 5:12:59, 5:13 for the sake of

20  convenience, in Room 305.  There is only one

21  smoke detector in Room 305.  The way the smoke

22  detector in the Notifier system works is if a

23  smoke detector has detected smoke and has not

24  turned itself off, i.e., it has not been reset

```
 1   or it has not reset itself, that's smoke
 2   detector does not activate again.
 3           So once a smoke detector is
 4   activated, it remains activated, okay.
 5           So we know that the smoke detector
 6   in Room 305 turn off or was reset, and then we
 7   know from Mr. Vaccaroni that it takes ten
 8   seconds to reset, and therefore between
 9   5:09:56 and 5:12:59, there was not sufficient
10   smoke in Room 305 to trigger that smoke
11   detector.
12           So we know there was enough smoke to
13   trigger it once at 5:08, we know there was
14   smoke again to trigger it again at 5:13, but
15   there wasn't enough smoke to trigger it
16   between 5:09:56 and 5:13, and that is very
17   significant because that is characteristic of
18   smoldering combustion, that you have
19   intermittent smoke.
20     Q.  Smoldering combustion in the sense that
21   whatever cigarette embers there were, whether
22   they were in the wastebasket or on clothes or
23   on a sheet, were smoldering in the room at
24   that point?
```

Page 252

```
 1      A.  No, there is nothing in his deposition
 2   on who made that call.
 3      Q.  Okay.  I'm moving on now, sir, to
 4   Page 2, and at the bottom of Page 2, the last
 5   phrase is, "We have concluded that the fire
 6   started due to carelessly discarded smoking
 7   material in Room 305," correct?
 8      A.  Yes.
 9      Q.  And that is really the conclusion at
10   the beginning and at the end of your report?
11      A.  Yes.
12      Q.  Okay.  Who discarded the smoking
13   material, if you know?
14      A.  Right now, the only clear evidence that
15   I have where smoking materials might have been
16   discarded is when Ms. Castricone brought the
17   ashtray back into the room.  Mr. Fiderio has
18   indicated that he recalls that she might have
19   brought the ashtray back into the room, and he
20   does not recall that she had the ashtray in
21   her hand when he left the room.
22            If I accept that the smoldering
23   cigarette was discarded at that point, then it
24   would be Ms. Castricone.
```

```
 1            The reason I'm hesitating here is if
 2   the cigarette was not discarded at that time
 3   period, I have no additional mechanism to
 4   explain the 5:08 intermittent smoke alarm,
 5   unless there was a second instance, an
 6   additional instance of somebody smoking in the
 7   room.  In other words, if somebody smoked in
 8   the room between 5:07, the wake-up call, and
 9   the 5:08 alarm, then all bets are off.
10            I'm aware that Ms. Bouldoukian and
11   Ms. Castricone have indicated that they did
12   not smoke in the room.  I'm also aware that a
13   cigarette butt being discarded at
14   approximately 4:55 explains the 5:08 alarm.
15   But if I exclude that cigarette butt, then I
16   do not know which person smoked in the room,
17   but I know that there was intermittent smoke.
18      Q.  At 5:08?
19      A.  At 5:08.
20      Q.  I'm going to take those two theories.
21      A.  Okay.
22      Q.  I'm going ask you the basis, okay.
23      A.  I think I just gave you my basis, but
24   you can --
```