**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ICEM S.P.A., | : | |
| AURORA ASSICURAZIONI S.P.A, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 1:07-cv-10819-GAO |
| | : | |
| v. | : | |
| | : | |
| HARVEY INDUSTRIES, INC., | : | |
| RACHEL CASTRICONE, | : | |
| TRACEY BOULDOUKIAN | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF JOHN E. TENER, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANT HARVEY INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF ORDINARY DILIGENCE**

STATE OF MASSACHUSETTS   )
                         : ss.:  Boston
COUNTY OF SUFFOLK        )

John E. Tener, Esq., being duly sworn, deposes and says:

1. I am currently an attorney at the Law Firm of Robinson & Cole LLP. I make this affidavit on the basis of my personal knowledge and in support of Plaintiffs' Motion in Opposition to Defendant Harvey Industries, Inc.'s Motion for Summary Judgment on the Issue of Ordinary Diligence.

2. I am over the age of eighteen (18) and understand the nature and obligations of an oath.

3. I have represented Plaintiffs since the inception of the litigation of the above-captioned case.

4. Fact Discovery and Expert Discovery have been completed. All of the exhibits attached to my Affidavit are documents or Expert Reports that have been exchanged in the

course of discovery or are transcripts of depositions taken.  The Expert Reports have been attached without the voluminous exhibits.  However, the exhibits can be promptly produced at the Court's request.

5. Exhibit A contains excerpts of the Deposition Transcripts of Alessandro Vaccaroni, dated October 9, 2009 and November 10, 2009.

6. Exhibit B contains the Expert Report of Maria Luisa Pompole (B-1).  Exhibit B also contains excerpts of the Deposition Transcript of Ali Reza, dated October 16, 2009 (B-2).

7. Exhibit C contains the Expert Witness Statement of Professor Mario Libertini, dated June 30, 2009.

8. Exhibit D is the Expert Rebuttal Report of Professor Daniele Santosuosso to the Expert Report of Professor Mario Libertini dated June 30, 2009, dated August 14, 2009.

9. Exhibit E is the Expert Report from Exponent Failure Analysis Associates ("Exponent") on the Engineering Investigation of the Parco dei Principi Hotel Fire, dated May 27, 2009.  Exponent is an expert witness retained by the Plaintiffs.

10. Exhibit F is the August 2009 Engineering Investigation of the Parco dei Principi Hotel Fire, Rebuttal Report, prepared by Exponent Failure Analysis Associates.

11. Exhibit G is the Supplemental Expert Report of Exponent Failure Analysis Associates, dated September 30, 2009.

12. Exhibit H is the Expert Report of Dr. Gandini.

13. Exhibit I contains Italian and English copies of the Fire Emergency Plan for the Parco dei Principi Hotel in effect on May 1, 2004.

14. Exhibit J contains the Technical report  for the Criminal Proceedings 01422/2008

15. Exhibit K is the Insurance Engineering Services' Expert Report Regarding the Hotel Parco dei Principi's Response to the May 1, 2004 Fire and Compliance With Italian Life, Health & Safety Codes, dated May 26, 2009.

16. Exhibit L is the Insurance Engineering Services' Expert Rebuttal Report Regarding the Hotel Parco dei Principi, Rome, Italy: Comments and Considerations on the Defendants' Statements, dated August 12, 2009.

17. Exhibit M contains Harvey's Memorandum in Support of its Motion to Compel, Docket No. 80, entered April 17, 2009.

18. Exhibit N contains Plaintiffs' Memorandum in Opposition to Harvey's Motion to Compel, Docket No. 82, entered May 7, 2009.

19. Exhibit O contains Plaintiffs' Motion for Clarification re Order on Motion to Compel, Docket No. 83, entered May 29, 2009.

20. Exhibit P contains Plaintiff's Motion for leave to File a Reply Memorandum in Support of its Motion for Clarification, Docket No. 58, entered June 18, 2009.

21. Exhibit Q contains excerpts of the Deposition Transcript of Erik Jarnryd, taken on February 26, 2009.

_____
John E. Tener

SWORN TO before me
this 20th day of January, 2010

_____
Notary Public

My Commission Expires:



BRIAN M. FLAHERTY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 7, 2014