UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ICEM S.P.A., <br> AURORA ASSICURAZIONI S.P.A, <br><br> Plaintiffs, <br><br> v. <br><br> HARVEY INDUSTRIES, INC., <br> RACHEL CASTRICONE, <br> TRACEY BOULDOUKIAN <br><br> Defendants. | : <br> : <br> : <br> : CIVIL ACTION NO.: 1:07-cv-10819 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### AFFIDAVIT OF ALEXANDER D. PENCU, ESQ. IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANT TRACEY BOULDOUKIAN'S OPPOSITION MEMORANDUM TO PLAINTIFFS' PARTIAL SUMMARY JUDGMENT MOTION

STATE OF CONNECTICUT      )
                                                  : ss.:  Connecticut
COUNTY OF FAIRFIELD       )

Alexander D. Pencu, Esq., being duly sworn, deposes and says:

1. I am currently an Associate at the Law Firm of Robinson & Cole LLP. I make this affidavit on the basis of my personal knowledge and in support of Plaintiffs' Reply-Memorandum to Defendant Tracey Bouldoukian's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

2. I am over the age of eighteen (18) and understand the nature and obligations of an oath.

3. I have represented Plaintiffs since the inception of the litigation of the above-captioned case.

4. Exhibit A contains an English translation of Italian Civil Code Article 1168.

10244512-v1

5.      Exhibit B contains an English translation of the Italian Supreme Court of Cassation decision in *Cass. Civ. n. 06/15384*.

6.      Exhibit C contains an English translation of the Italian Supreme Court of Cassation decision in *Cass. Civ. n. 07/5308.*.

7.      Exhibit D contains an English translation of the Italian Supreme Court of Cassation decision of *Cass. Civ. n. 03/19185*.

8.      Exhibit E contains an English translation of the Italian Supreme Court of Cassation decision in *Cass. Civ. n. 01/782*.

9.      Exhibit F contains an English translation of the Italian Court of Appeal's decision in *Court of Appeal, Naples Sez. IV, 13/03/2007*.

_____
Alexander D. Pencu

SWORN TO before me
this /st day of ~~January~~, 2010
        March

_____
Notary Public

My Commission Expires: 3/31/2011