UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ICEM S.P.A.,<br>AURORA ASSICURAZIONI S.P.A,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HARVEY INDUSTRIES, INC.,<br>RACHEL CASTRICONE,<br>TRACEY BOULDOUKIAN<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 1:07-cv-10819 |

### AFFIDAVIT OF ALEXANDER D. PENCU, ESQ. IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANT HARVEY INDUSTRIES INC.'S OPPOSITION MEMORANDUM TO PLAINTIFFS' PARTIAL SUMMARY JUDGMENT MOTION

STATE OF CONNECTICUT    )
　　　　　　　　　　　　: ss.: Connecticut
COUNTY OF FAIRFIELD    )

　　　　Alexander D. Pencu, Esq., being duly sworn, deposes and says:

　　1.　　I am currently an Associate at the Law Firm of Robinson & Cole LLP. I make this affidavit on the basis of my personal knowledge and in support of Plaintiffs' Reply-Memorandum to Defendant Tracey Bouldoukian's Opposition to Plaintiffs' Motion for Partial Summary Judgment.

　　2.　　I am over the age of eighteen (18) and understand the nature and obligations of an oath.

　　3.　　I have represented Plaintiffs since the inception of the litigation of the above-captioned case.

10244625-v1

4. Exhibit A contains an English translation of the Italian Supreme Court of Cassation's decision in *Cass. Civ. n. 61/1354*.

5. Exhibit B contains an English translation of the Italian Supreme Court of Cassation decision in *Cass. Civ. n. 03/19185*.

6. Exhibit C contains an English translation of the Italian Court of Appeal's decision in *Court of Appeal, Naples Sez. IV, 13/03/2007*.

7. Exhibit D contains an English translation of the Italian Supreme Court of Cassation decision of *Cass. Civ. n. 01/782*.

8. Exhibit E contains excerpts of the Deposition of Glenn Frederick, Harvey's Rule 30(b)(6) Witness along with accompanying Exhibits from the deposition.

9. Exhibit F contains excerpts of the Deposition of Erik Jarnryd along with accompanying Exhibits.

10. Exhibit G contains excerpts of the Deposition of Nigel Millar along with accompanying Exhibits.

11. Exhibit H contains excerpts of the Deposition of Cynthia Aulenbach along with accompanying Exhibits.

12. Exhibit I contains the translated Italian Criminal Procedure Articles §§'s 326 and 358 as well as a decision by the Italian Constitutional Court *26/03/1993, n. 111*.

_____
Alexander D. Pencu

SWORN TO before me
this 1st day of March, 2010

_____
Notary Public

My Commission Expires: 3/31/2011