UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.P.A. and AURORA ASSICURAZIONI S.P.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC., RACHEL CASTRICONE, and TRACEY BOULDOUKIAN,
Defendants.

ORDER
October 22, 2010

O'TOOLE, D.J.

After consideration of the parties' submissions, the Court adopts the following briefing schedule:

| | |
|---|---|
| *All Expert-Related Motions* in Limine: | November 19, 2010 |
| *All Oppositions*: | December 3, 2010 |
| *All Replies*:[1] | December 17, 2010 |

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge

---

[1] Reply briefs, if filed, should rebut the factual and legal arguments raised in an opposition, rather than offer new arguments that could have been raised in a motion's supporting memorandum. Cf. Wills v. Brown Univ., 184 F.3d 20, 27 (1st Cir. 1999). Additionally, the parties are reminded of both the text and the spirit of the Local Rules regarding page formatting and length.