UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.P.A. and AURORA ASSICURAZIONI S.P.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC., RACHEL CASTRICONE, and TRACEY BOULDOUKIAN,
Defendants.

ORDER
February 3, 2011

O'TOOLE, D.J.

After consideration of the parties' Joint Proposed Motion Schedule, the Court adopts the following schedule for the motions *in limine* to be heard:

Tuesday, February 8, 2011

- Motion to Dismiss Tracey Bouldoukian (dkt. no. 296)
- Plaintiffs' Motion to Exclude Testimony of William Kennedy (dkt. no. 219)
- Harvey's and Bouldoukian's Motions to Exclude Testimony of Cristiano Gandini (dkt. nos. 107 and 215)
- Plaintiffs' Motion to Preclude Testimony of Joann Samson (dkt. no. 216)

Wednesday, February 9, 2011

- Castricone's Motion for Summary Judgment (dkt. no. 90)
- Castricone's Motion to Strike the Opinions of Plaintiffs' Liability Expert (dkt. no. 95)
- Harvey's Motion to Exclude Testimony of Ali Reza (dkt. no. 192)
- Plaintiffs' Motion to Exclude Testimony of John Malcolm (dkt. no. 239)

<u>Thursday, February 10, 2011</u>

- Harvey's and Bouldoukian's Motions to Exclude Testimony of Alessandro Vaccaroni (dkt. nos. 110 and 190)
- Plaintiffs' Motion to Exclude Testimony of William Gale (dkt. no. 236)
- Plaintiffs' Motion to Exclude Testimony of Simone Cadeddu (dkt. no. 229)

It is SO ORDERED.

   <u>/s/ George A. O'Toole, Jr.</u>
United States District Judge