UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.P.A. and AURORA ASSICURAZIONI S.P.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC. and RACHEL CASTRICONE,
Defendants.

ORDER
March 30, 2011

O'TOOLE, D.J.

After consideration of the parties' papers and oral argument on some of the motions, the following motions are resolved as follows:

Harvey Industries, Inc.'s Motion *in Limine* to Enforce This Court's Prior Preclusion Order (dkt. no. 189): The motion is DENIED. The preclusion order will be enforced as to lay testimony, but not to expert testimony, in accordance with its terms.

Plaintiffs' Motion *in Limine* to Preclude Purported Evidence from Italian Judicial Proceedings (dkt. no. 221): The motion is GRANTED IN PART and DENIED IN PART. The Rome Criminal Court Judgment and Rome Appellate Court Judgment may be admitted under Federal Rule of Evidence 803(22). The Public Prosecutor's Appellate Technical Expert Report is excluded.

Plaintiffs' Motion *in Limine* to Exclude Portion of Deposition Testimony of Antonio D'Aliesio (dkt. no. 224): As noted at the Pretrial Conference, the merits of the motion will be resolved during the course of trial.

Plaintiffs' Motion *in Limine* to Exclude Purported Evidence of June 2004 Incident (dkt. no. 227): The plaintiffs' motion to file a reply brief (dkt. no. 290) is DENIED. The motion to exclude evidence of the June 2004 incident is GRANTED IN PART and DENIED IN PART. If necessary to explain an opinion, an expert may refer to the June incident in a manner and to an extent authorized by Federal Rule of Evidence 703. The evidence is not independently admissible.

Plaintiffs' Motion to Withdraw Admission Pursuant to FRCP 36(b) (dkt. no. 233): In light of my decision on the admissibility of the Italian criminal judgments under Federal Rule of Evidence 803(22), the motion is MOOT.

Plaintiffs' Motion to Exclude All Evidence or Arguments Derived from the Belated January 17th, 2011 Inspection at the Rome Public Prosecutor's Office (dkt. no. 292): The motion is DENIED.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge