UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.p.A. and AURORA ASSICURAZIONI S.p.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC. and RACHEL CASTRICONE,
Defendants.

RULINGS ON DEPOSITION OBJECTIONS
April 12, 2011

O'TOOLE, D.J.

Frederica Barbati

Harvey's general objection on the ground of lack of unavailability is overruled.

The objection to the testimony at page 16, lines 4 through 17 is sustained.

The objection to the testimony at page 20, line 4 through page 21, line 13 is overruled.

Pauline Beaulieu

The objections to the following testimony are overruled:
    Page 27, lines 1 through 14
    Page 28, lines 4 through 24
    Page 29, lines 1 through 11
    Page 29, line 16 through page 30, line 2
    Page 31, lines 12 through 23
    Page 33, lines 12 through 24
    Page 77, line 17 through page 93, line 13
    Page 112, line 9 through page 115, line 18

The objection to the following testimony is sustained:
    Page 97, line 19 through page 98, line 18

Philippe Beaulieu

    The objections to the following testimony are sustained:
        Page 12, lines 8 through 19
        Page 21, lines 9 through 22

Paolo D'Angelo

    The objection to the following testimony is sustained:
        Page 9, line 24 through page 10, line 3

    The objection to the following testimony is overruled:
        Page 20, lines 5 through 15

Pasquale Di Blasi

    The objection to the following testimony is sustained:
        Page 12, line 6 through page 14, line 13

Massimo Moretto

    The objections to the following testimony are sustained:
        Page 13, lines 16 through 22
        Page 26, line 21 through page 27, line 14

    The objection to the following testimony is overruled:
        Page 18, lines 14 through 19

Alfredo Morville

    The objection to the following testimony is sustained:
        Page 32, line 19 through page 33, line 2

    The objections to the following testimony are overruled:
        Page 11, lines 2 through 4
        Page 12, lines 1 through 5
        Page 12, line 13 through page 13, line 11

Giovanni Polizzi

    Harvey's general objection on the ground of lack of unavailability is overruled.

    The objection to the following testimony is sustained:
        Page 17, line 16 through page 21, line 6

Stefano Scavo

The objections to the following testimony are sustained:
Page 22, lines 9 through 19
Page 52, lines 2 through 9

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge