UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.p.A. and AURORA ASSICURAZIONI S.p.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC. and RACHEL CASTRICONE,
Defendants.

RULINGS ON DEPOSITION OBJECTIONS
April 25, 2011

O'TOOLE, D.J.

With respect to the deposition testimony of Antonello D'Arielli, the following objections are sustained and the contested testimony is excluded:

- 47:09 to 48:04
- 59:21 to 60:01
- 73:18 to 80:21
- 82:11 to 82:23
- 90:01 to 90:06
- 102:12 to 103:13

The remainder of the objections are overruled.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge