UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10819-GAO

ICEM S.P.A. and AURORA ASSICURAZIONI S.P.A.,
Plaintiffs,

v.

HARVEY INDUSTRIES, INC. and RACHEL CASTRICONE,
Defendants.

ORDER FOR JUDGMENT
June 30, 2011

O'TOOLE, D.J.

The pending motion by defendant Rachel Castricone for judgment as a matter of law (dkt. no. 360) is DENIED.

The motion of the plaintiffs for judgment in accordance with the jury verdict (dkt. no. 394), which is unopposed, is GRANTED. To the sum calculated in the motion, additional interest, calculated in a manner consistent with the sums set forth in the motion, will be added for the months of May and June 2011 in the sum of €3,593.40, bringing the total judgment against Rachel Castricone to €1,689,395.90.

Judgment will be entered in that sum. Post-judgment interest will be calculated in accordance with 28 U.S.C. § 1961.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge